AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

B-03-160

## United States District Court

| | |
|---|---|
| District | Southern District of Texas |
| Name of Movant | Prisoner No. | Case No. 1:02CR00432-001 |
| Maria G. Guerrero | 179 42179 | 1:02CR00734-001 |

Place of Confinement

Federal Detention Center of Houston Texas

United States District Court
Southern District of Texas
FILED

| UNITED STATES OF AMERICA | V_ | Maria G. Guerrero | SEP 1 0 2003 |
|---|---|---|---|
| | | (name under which convicted) | |

Michael N. Milby
Clerk of Court

### MOTION

1. Name and location of court which entered the judgment of conviction under attack Brownsville Texas 600 E. Harrison Brownsville Texas 78520

2. Date of judgment of conviction May 6 2002

3. Length of sentence 27 months

4. Nature of offense involved (all counts) 2 offenses, Number (1) count (possession of 127 lbs of marihuana), 2 count (Bond jumping)

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   I gave a guilty plea, to both counts and indictments.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☑

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☑

AO 243 (Rev. 5/85)

9.  If you did appeal, answer the following:

(a) Name of court _____

(b) Result _____

(c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☑

11. If your answer to 10 was "yes," give the following information:

(a)(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result_____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised_____

_____

_____

_____

_____

(3)

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.       Yes ☐ No ☑
(2) Second petition, etc.       Yes ☐ No ☑

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

   A.  Ground one: _____

      _____

      Supporting FACTS (state *briefly* without citing cases or law) _____

      _____

      _____

      _____

      _____

      _____

   B.  Ground two: _____

      _____

      Supporting FACTS (state *briefly* without citing cases or law): _____

      _____

      _____

      _____

      _____

      _____

   C.  Ground three: _____

      _____

      Supporting FACTS (state *briefly* without citing cases or law): _____

      _____

      _____

      _____

      _____

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing Alberto Pullen    # 546-3627
    in all court dates    ☐☐ 1623 Central Blvd
    Brownsville TX,

    (b) At arraignment and plea _____

    _____

    (c) At trial _____

    _____

    (d) At sentencing _____

    _____

(6)

AO 243 (Rev. 5/85)

(e) On appeal _____

_____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-27-03
_____
(date)

_____
Signature of Movant

(7)

_Maria G Guerrero_
*(Petitioner)*

_____
*(Respondent(s))*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, _Maria G Guerrero_ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

1.     Are you presently employed?     ☐ Yes     ☑ No

   a.     If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

   _N A_

   b.     If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

   _NA_

2.     Have you received, within the past twelve months, any money from any of the following sources?

   a.     Business, profession, or form of self employment?     ☐ Yes     ☑ No
   b.     Rent payment, interest or dividends?                     ☐ Yes     ☑ No
   c.     Pension, annuities or life insurance payments?          ☐ Yes     ☑ No
   d.     Gifts or inheritances?                                   ☐ Yes     ☑ No
   e.     Any other sources?                                       ☐ Yes     ☑ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _NA_

3.     Do you own any cash, or do you have any money in a checking or saving account?  (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.

   _NA_

4.     Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?     ☐ Yes     ☐ No

   If the answer is yes, state the total value of the items owned.

   _N A_

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Angel Guerrero Jr. DOB 11-24-98        Damian Jareth Guerrero - DOB-7-11-00    Naileah Yaire Guerrero DOB.- 7-27-01

I, declare *(or certify, verify or state)* under penalty of perjury that the foregoing is true and correct.

Executed on _August 27, 2003_
(date)

_____
Signature of Petitioner

## CERTIFICATE

I certify that the Petitioner herein has the sum of $_____

on account to his credit at the _____

institution where he is confined.  I further certify that Petitioner likewise has the following securities to his

credit according to the records of said_____ institution _____

_____

_____

_____

DATED _____        _____
                              *Authorized Officer of Institution*

                              _____
                              *Title of Officer*