**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| MARIA G. GUERRERO | * |
| | * |
| VS | * C.A. NO. B-03-160 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-02-734) |

**NOTICE OF DISMISSAL**
**FOR LACK OF PROSECUTION**

On September 10, 2003, the U.S. District Clerk mailed to the Petitioner 2255 forms and application to proceed in forma pauperis. The Petitioner has failed to response and has not filed said documents.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by November 24, 2003.

DONE at Brownsville, Texas, this 20th day October 2003.

Felix Recio
United States Magistrate Judge

Filed stamps: United States District Court, Southern District of Texas, FILED OCT 20 2003, Michael N. Milby, Clerk of Court

ENTERED OCT 23 2003, Michael N. Milby, Clerk of Court, By Deputy Clerk