UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 29 2003
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARIA G. GUERRERO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-160 |
| | § | (CRIMINAL NO. B-02-734) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED
OCT 3 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

### NOTICE AND ORDER

On September 10, 2003, the U.S. District Clerk mailed the Petitioner § 2255 forms and an application to proceed in forma pauperis. On October 20, 2003, this Court issued an order directing the district clerk's office to place this case on the dismissal docket if no response was received from the Petitioner by November 24, 2003. On October 2, 2003, the Petitioner mailed a letter with her in forma pauperis application that was received and filed by the district clerk's office on October 24, 2003. In other words, the Petitioner's application to proceed in forma pauperis is now on file, and was filed within the time limit set by this Court in its order dated October 20, 2003 (Docket No. 2). However, this Court has not received any documents or forms from the Petitioner which state any semblance of a claim. The portion of Petitioner's § 2255 application which is designated for stating the grounds underlying an applicant's claim was left blank. *See* Docket No. 1 at p.4-6.

A copy of the Petitioner's original § 2255 application is attached hereto. In order for her claims to be entertained by this Court, she must fill out page five of the application. It is therefore ORDERED that this § 2255 Motion to Vacate, Set Aside, or Correct Sentence be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by November 29, 2003.

DONE in Brownsville, Texas this 29th day of October, 2003.

Felix Recio
United States Magistrate Judge