United States District Court
Southern District of Texas
FILED

OCT 3 0 2003

Michael N. Milby
Clerk of Court

B-03-CV-160

5

Maria G Guerrero
_____
(Petitioner)

s:

_____
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Maria G Guerrero _____ declare that I am the petitioner n the above entitled case; that in support of my motion to proceed without being required to prepay fees, osts or give security therefor, I state that because of my poverty I am unable to pay the costs of said roceedings or to give any security therefor; that I believe I am entitled to relief.

Are you presently employed?     ☐ Yes     ☑ No

a.    If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

NA _____

b.    If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

NA _____

Have you received, within the past twelve months, any money from any of the following sources?

a.    Business, profession, or form of self employment?          ☐ Yes     ☑ No
b.    Rent payment, interest or dividends?                        ☐ Yes     ☑ No
c.    Pension, annuities or life insurance payments?             ☐ Yes     ☑ No
d.    Gifts or inheritances?                                     ☐ Yes     ☑ No
e.    Any other sources?                                         ☐ Yes     ☑ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

NA _____

Do you own any cash, or do you have any money in a checking or saving account?  (Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned:

NA _____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?     ☐ Yes     ☑ No

If the answer is yes, state the total value of the items owned.

NA _____

List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contiribute toward their support.

Angel Guerrero Jr. DOB 11-24-98    son    Damian Jireth Guerrero son
DOB-7-11-00    Naileah Yafire Guerrero DOB.- 7-27-01    daughter

I, declare *(or certify, verify or state)* under penalty of perjury that the foregoing is true and correct.

Executed on August 27 2003
*(date)*

_____
*Signature of Petitioner*

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ .07

on account to his credit at the   Federal Detention Center, Houston

institution where he is confined. I further certify that Petitioner likewise has the following securities to his

credit according to the records of said   Ø                    institution FDC Houston

DATED 10/27/03                    Charlene Stt
                                 *Authorized Officer of Institution*

                                 Correctional Counselor
                                 *Title of Officer*

Charlene Stewart
Notary Public, State of Texas
My Commission Expires
DECEMBER 13, 2003

Charlene Stt
Notary 10-27-03