UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 26 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARIA G. GUERRERO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-160 |
| | § | (CRIMINAL NO. B-02-734) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## NOTICE AND ORDER

Petitioner Maria G. Guerrero has filed a putative 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. When Petitioner initially submitted her motion, she submitted the form version commonly made available to prisoners. However, there was initially no properly filed application to proceed in forma pauperis. In addition, despite filling out the factual data required on the form version of the § 2255 motion, Petitioner failed to list any grounds for relief (See Docket No. 1 at p. 4-6). Accordingly, this Court ordered Guerrero to respond in some fashion by November 24, 2004, lest her application for habeas corpus relief be dismissed (Docket No. 2).

Petitioner reacted to this Court's order by properly filing an informa pauperis application within the time limit specified by the court. However, Petitioner again failed to convey to the court the basis for her claims. The Court then issued another order, attempting to clarify to Petitioner that she in some way needed to state a claim in order for this Court to consider her motion (See Docket No. 4). More specifically, the Court sent Guerrero a copy of her 2255 Application and instructed her to fill out page five, the section under which a Petitioner is supposed to state her claims for relief. To date she has no complied with that order. Although she has forwarded the Court a letter, dated

1

2-11-04, inquiring about the status of her case, she has never filed any documents stating any semblance of a claim, despite having been given more than ample opportunity to do so.

**The Court is willing to give Ms. Guerrero one last chance to comply with the orders of this Court. In order for this Court to entertain her motion, she must state some grounds for relief. Therefore, the Court is again sending her a copy of her original § 2255 Motion. In order for her motion to be considered she must fill out page five of the application and return it to the district clerk's office. If no response is received by March 20, 2004, this § 2255 Motion to Vacate, Set Aside, or Correct Sentence will be dismissed.**

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 26th day of February, 2004.

Felix Recio
United States Magistrate Judge