**PLEASE FILL OUT PAGE 5**

AO 243 (Rev. 5/85)   MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

B-03-160

| United States District Court | District  Southern District of Texas |
|---|---|
| Name of Movant  Maria G. Guerrero | Prisoner No. 17942179 | Case No. 1:02CR00432-001  1:02CR00734-001 |
| Place of Confinement  Federal Detention Center of Houston Texas | | |

UNITED STATES OF AMERICA    v.   Maria G. Guerrero
(name under which convicted)

United States District Court
Southern District of Texas
FILED
SEP [?] 2003
Michael N. Milby
Clerk of Court

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  Brownsville Texas 600 E Harrison Brownsville Texas 78520

2. Date of judgment of conviction  May 6 2002

3. Length of sentence  27 months

4. Nature of offense involved (all counts)  2 offenses, Number (1) count (possesion of 127 lbs of marihuana), 2 count (Bond jumping)

United States District Court
Southern District of Texas
FILED
MAR 11 2004
Michael N. Milby
Clerk of Court

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☑
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   I Gave a guilty plea to both counts and indictments.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☑

7. Did you testify at the trial?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☑

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐  No ☑

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☑
(2) Second petition, etc.    Yes ☐ No ☑

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I didn't know about this application and my lawyer never told me i could have a sentence reduction, "lack of knowledge"

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: My family, at this time my kids don't remember their mother's face.

Supporting FACTS (state *briefly* without citing cases or law) I understand i have no right to try and put this, my situation on my family, but i know i am truly sorry to have done what i did and i now realize that breaking the law can affect, not only my self and society, but my children who are not able to understand my mistakes.

B. Ground two: I am a first time offender

Supporting FACTS (state *briefly* without citing cases or law): I know and understand that their's no reason to break the United States Law. But if it was my first time to have done it, why did i get 2 extra months to a 12-to-18 guideline sentence. I picked up another charge, which is a Failure to appear.

C. Ground three: My Failure to appear, happend for a reason, my children were taken away.

Supporting FACTS (state *briefly* without citing cases or law): My ex husband took my kids to Mexico, at the court dates, i didn't dought for a minute to run after him to get my kids. I didn't think of the consequences i was going to pay.

(5)

For that failure to appear, i got a 7month sentence, which i appreciate because i understand that fleeing from the law was a bad mistake.

D. Ground four: My probation, i got 6 years 3mths

Supporting FACTS (state *briefly* without citing cases or law): probation, after a 27 month sentence, 200$ assesment fee, plus comunity service. That's my understanding, again it is my first time and i don't think a got a fair sentence i have seen other cases where people have prior's, had more drugs and got a less sentence.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: I never had put my children as a strong reason because i don't want it to make it seem that i want a sentence reduction only for being a coward and not afronting my mistakes. I really want to go home.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Alberto Pullen  # 546-3627
in all court dates   1623 Central Blvd
Brownsville TX.

(b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing _____

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-27-03
(date)

_____
Signature of Movant

(7)