UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 26 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA G. GUERRERO, Petitioner, | § § § | |
| v. | § § | CIVIL CASE NO. B-03-160 (Crim. No. B-02-734) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence is hereby summarily DISMISSED and the relief sought is DENIED.

DONE at Brownsville, Texas this _23_ day of _April_, 2004.

_____
Hilda G. Tagle
United States District Judge

4